**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6555**

---

DEMETRIC GRAY PEARSON,

                                         Plaintiff - Appellant,

    versus

MARY ANN SAAR, Secretary, D.P.S.C.S., et al.,

                                         Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (CA-03-3642-RDB)

---

Submitted: June 10, 2004           Decided: June 21, 2004

---

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Demetric Gray Pearson, Appellant Pro Se. Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Demetric Gray Pearson appeals the district court's order granting Defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Pearson v. Saar, No. CA-03-3642-RDB (D. Md. filed Mar. 18, 2004 & entered Mar. 19, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED